847 A.2d 669

In the Matter of Joseph Robert RYDZEWSKI.

Supreme Court of Pennsylvania.

March 30, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of March, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated December 3, 2003, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

Mr. Justice BAER dissents.